| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Susan B. Fagan-Limpert, LLC<br>89 Mountain Heights Avenue<br>P.O. Box 208<br>Lincoln Park, NJ  07035<br>Ph: (973) 519-0770<br>Fax: (973) 872-9495 | Order Filed on December 17, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13 Proceeding |
| **In Re:**<br><br>**NADINE MCNAIR,**<br><br>                    **Debtor.** | Case No.: 15-27424 (CMG)<br><br>Hearing Date: 12/16/15; 9:00 a.m. |

## ORDER GRANTING PROSPECTIVE STAY RELIEF

The relief set forth on the following pages, number two (2) through _____ is

hereby **ORDERED**.

**DATED: December 17, 2015**

_/s/ Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

1. That the movant may to continue its State Court action, including the execution of the Writ of Possession entered by the New Jersey Superior Court against the property located at 57 Bayberry Lane, Willingboro, New Jersey; and

2. That the movant may join the debtor and any trustee appointed in this case as defendants in its action(s); and

3. That the automatic stay will not reimpose upon the Debtor's filing of a subsequent bankruptcy petition under any Chapter of the United States Bankruptcy Code; and

4. That a fully executed copy of the within Order be served upon all parties-in-interest within __5__ days hereof.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.